| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Perso Reporting (Last name, First name, Middle initial) JOHNSON, INGE P | 2. Court or Organization NORTHERN DISTRICT OF ALABAMA | 3. Date of Report 4/26/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES STRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial  ⊙ Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 361 U.S. COURTHOUSE 1729 5TH AVENUE NORTH BIRMINGHAM, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | HELEN KELLER BIRTHPLACE FOUNDATION, INC. |
| 2. | DIRECTOR | ALABAMA LAW SCHOOL FOUNDATION, UNIVERSITY OF ALABAMA |
| 3. | DIRECTOR | DANI H AMERICAN HERITAGE ASSO. |
| 4. | Member | Board of Trustees of the J. Craig and Page T. Smith Scholarship Foundation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

DISCLOSURE FINANCIAL OFFICE

Mar 16 3 08 PM '05

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | STATE OF ALABAMA RETIREMENT | 103,925.00 |
| 2. | 2004 | COLBERT COUNTY, AL RETIREMENT | 25,981.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | LAW PRACTICE |
| 2. | 2004 | CITY COUNCIL |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. COLONIAL BANK | MORTGAGE ON OFFICE BUILDING | L |
| 2. BANK INDEPENDENT | MORTGAGE ON VACANT LOTS | J |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, INGE P | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. INTERGRAPH CORPORATION COMMON IRA | | None | J | T | | | | | |
| 2. RENTAL PROPERTY (FARM), TUSCUMBIA, AL | A | Rent | P1 | W | | | | | |
| 3. RENTAL PROPERTY (OFFICE), TUSCUMBIA, AL | E | Rent | L | W | | | | | |
| 4. RENTAL PROPERTY (BLDG.), TUSCUMBIA, AL | C | Rent | M | W | | | | | |
| 5. RENTAL PROPERTY (LOTS), TUSCUMBIA, AL | | None | K | W | | | | | |
| 6. ▓▓▓▓ COLBERT CO., AL | | None | K | W | | | | | |
| 7. UNDIVIDED INTEREST IN RENTAL PROPERTY (FARM), TUSCUMBIA, AL | A | Rent | P1 | W | | | | | |
| 8. UNDIVIDED INTEREST IN RENTAL PROPERTY (FARM), TUSCUMBIA, AL | A | Rent | P1 | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and B4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

JOHNSON, INGE P

Date of Report

4/26/2005

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _5-5-05_

NOTE; ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544